**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>MIRAGE DENTAL ASSOCIATES,<br>PROFESSIONAL, L.L.C.<br>EIN: 82-0547803<br><br>Debtor. | Case No. 18-12496-JGR<br>Chapter 11 |

**ORDER APPROVING DISCLOSURE STATEMENT**
**AND SETTING CONFIRMATION HEARING**

THIS MATTER comes before the Court for consideration of the Disclosure Statement in Support of Third Amended Chapter 11 Plan of Reorganization dated November 18, 2019 (the "Disclosure Statement") filed by the Debtor on November 19, 2019 (Doc. 237) to accompany the Third Amended Chapter 11 Plan of Reorganization dated November 18, 2019 (the "Plan") filed by the Debtor on November 19, 2019 (Doc. 236). The Court finds that adequate notice has been given and that the Disclosure Statement contains adequate information as the term is defined by 11 U.S.C. § 1125. It is therefore

ORDERED the Disclosure Statement is hereby approved; and

IT IS FURTHER ORDERED the Debtor and all parties-in-interest may now solicit acceptances or rejections of the Plan of Liquidation pursuant to 11 U.S.C. § 1125.

IT IS FURTHER ORDERED on or before **December 9, 2019**, the Debtor shall transmit by mail to all creditors and other parties-in-interest, a copy of (1) this Order, (2) the Plan and approved Disclosure Statement, and (3) a Ballot for Accepting or Rejecting Plan.

IT IS FURTHER ORDERED the Debtor shall file with the Court, on or before **December 16, 2019**, a certificate of mailing reflecting service of this Order, the Plan and approved Disclosure Statement, and the Ballot, as identified above.

IT IS FURTHER ORDERED Ballots for Accepting or Rejecting the Plan be submitted, in writing, by the holders of all claims or interests on or before **January 6, 2020**. Ballots can be mailed, faxed or e-mailed to the Debtor's counsel:

Kelsey Jamie Buechler
Michael J. Guterson
BUECHLER LAW OFFICE, LLC
999 – 18th Street, Suite 1230-S
Denver, CO 80202
Telephone: (720) 381-0045
Facsimile: (720) 381-0382
E-mail: jamie@Kjblawoffice.com
E-mail: mike@Kjblawoffice.com

IT IS FURTHER ORDERED objections to confirmation of the Plan be filed with the Court on or before **January 6, 2020**, with a copy received by the Debtor's counsel on or before **January 6, 2020**.

IT IS FURTHER ORDERED a hearing for consideration of confirmation of the Plan, and such objections as may be made to confirmation of the Plan, will be held on **Thursday, January 16, 2020 at 1:30 p.m. in Courtroom B**, United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 – 19th Street, Denver, CO 80202.

IT IS FURTHER ORDERED the Debtor shall file a report regarding the submission of ballots accepting or rejecting the Plan on or before **January 13, 2020**.

IT IS FURTHER ORDERED any motion, whether written or oral, to convert this case to a case under Chapter 7 or to dismiss this case, made at any hearing on confirmation will be heard forthwith by the Court without further notice.

IT IS FURTHER ORDERED the hearing on confirmation of the Plan may be continued from time to time by Order made in Open Court without other written notice to any parties-in-interest.

DATED this 2nd day of December, 2019.

BY THE COURT:

______________________________
Joseph G. Rosania, Jr.
United States Bankruptcy Judge