**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>MIRAGE DENTAL ASSOCIATES, PROFESSIONAL, L.L.C.<br>EIN: 82-0547803<br><br>Debtor. | Case No. 18-12496-JGR<br>Chapter 11 |

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT ON AN INTERIM BASIS AND AMENDED ORDER SETTING CONFIRMATION HEARING**

THIS MATTER came before the Court on the Debtor's Forthwith Motion for Conditional Approval of Amended Disclosure Statement filed August 25, 2020 (Doc. 303). The Court, after conducting a forthwith hearing on August 31, 2020, hereby approves, on an interim basis, the Disclosure Statement ("Disclosure Statement") filed by the Debtor on August 14, 2020 (Doc. 298) to accompany the Fifth Amended Chapter 11 Plan of Reorganization dated August 14, 2020 (the "Plan") filed by the Debtor on August 14, 2020 (Doc. 297). Accordingly, it is

ORDERED the Debtor and all parties-in-interest may now solicit acceptances or rejections of the Plan pursuant to 11 U.S.C. § 1125.

IT IS ORDERED on or before **September 4, 2020**, the Debtor shall transmit by mail to all creditors and other parties-in-interest, a copy of (1) this Order, (2) the Plan and Disclosure Statement, and (3) a Ballot for Accepting or Rejecting Plan.

IT IS FURTHER ORDERED the Debtor shall file with the Court, on or before **September 18, 2020**, a certificate of mailing reflecting service of this Order, the Plan and Disclosure Statement, and the Ballot, as identified above.

IT IS FURTHER ORDERED Ballots for Accepting or Rejecting the Plan be submitted, in writing, by the holders of all claims or interests on or before **October 2, 2020**. Ballots can be mailed, faxed or e-mailed to the Debtor's counsel:

K. Jamie Buechler
Michael J. Guyerson
BUECHLER LAW OFFICE, LLC
999 – 18th Street, Suite 1230-S
Denver, CO 80202
Telephone: (720) 381-0045
Facsimile: (720) 381-0382
E-mail: jamie@Kjblawoffice.com
E-mail: mike@Kjblawoffice.com

IT IS FURTHER ORDERED objections to confirmation of the Plan be filed with the Court on or before **October 2, 2020**, with a copy transmitted to the Debtor's counsel on or before **October 2, 2020**.

IT IS FURTHER ORDERED objections to final approval of the Disclosure Statement be filed with the Court on or before **October 2, 2020**, with a copy received by the Debtor's counsel on or before **October 2, 2020**.

IT IS FURTHER ORDERED the Debtor shall file a report regarding the submission of ballots accepting or rejecting the Plan on or before **October 7, 2020**.

IT IS FURTHER ORDERED an evidentiary hearing for final approval of the Disclosure Statement and for consideration of confirmation of the Plan and any objections thereto, will be held on **Wednesday, October 14, 2020 at 9:00 a.m.** The hearing will be conducted by Zoom video conference. Counsel and/or parties should not appear in person.

For security reasons, the Zoom video conference details will not be posted publicly. The Court will send Zoom invitations via email to counsel and/or parties within one day of the hearing. Counsel and/or parties shall not, under any circumstances, share, post, and transmit the Zoom video conference link, meeting ID, or password.

IT IS FURTHER ORDERED as follows:

1. The parties shall comply with L.B.R 9070-1 as modified herein. The parties shall exchange witness lists and exhibits, including all possible impeachment and/or rebuttal exhibits, on or before **October 9, 2020**. A List of Witnesses and Exhibits substantially in the form of L.B.F. 9070-1.1, and the Exhibits themselves, shall be filed with the Court on or before **October 9, 2020**.

a. The parties must exchange full sets of intended exhibits, including all possible impeachment and/or rebuttal exhibits, prior to trial. Exhibits which have been attached to pleadings or provided as discovery responses are not considered to be exchanged for purposes of trial preparation.

b. Exhibits must be marked for identification (Movant-numbers and Respondent-letters).

c. Multi-page exhibits should be individually paginated.

d. Expert witnesses must be specifically identified.

e. A complete list of all video conference participants, with the participants' email addresses and phone numbers, shall be tendered to the Court at JGR_Courtroom@cob.uscourts.gov on **October 9, 2020**. It is counsels' and/or the parties' responsibility to ensure their witnesses possess complete copies of all marked exhibits for the Zoom video conference. The parties are encouraged to

confer and, if possible, prepare a set of stipulated exhibits prior to the hearing for use by the Court and all parties.

f. In accordance with L.B.R. 9070-1(e), upon the conclusion of the trial or hearing, the attorneys or parties must retain custody of their respective original exhibits and deposition transcripts until all need for the exhibits and deposition transcripts has terminated and the time for appeal has expired, or all appellate proceedings have been terminated, plus 60 days. In the event an appeal is filed, the attorneys or parties must provide their exhibits to the appellate court pursuant to the appellate court's direction.

2. Court Appearances. If a party does not join the video conference, it will be deemed a failure to appear. Failure to connect to the video conference in a timely manner may preclude participation in the hearing.

3. Prehearing Training. All parties scheduled to take part in the hearing are required to test all equipment ahead of time by taking part in the Court's Zoom training sessions available as noted below. Parties who have not tested equipment ahead of time may be excluded from the hearing. All parties should read the Court's guidelines for zoom video conferences on its website in advance of the video test.

Wednesdays from 8:30 a.m. to 10:30 a.m.

To join ZoomGov Meeting (until September 30, 2020):

https://www.zoomgov.com/j/1600795763?pwd=MzBONG9YaVd1YWpKSGJ6K2ZWUkJyZz09

Meeting ID: 160 079 5763

Passcode: 579G70R6

Parties seeking to take part in the Court's Zoom training sessions after September 30, 2020, must contact training@cob.uscourts.gov to obtain an updated Zoom video conference link, meeting ID, and password.

Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

IT IS FURTHER ORDERED that failure to comply with this Order and/or the procedures identified herein may result in denial of requested relief and/or imposition of appropriate sanctions.

IT IS FURTHER ORDERED any motion, whether written or oral, to convert this case to a case under Chapter 7 or to dismiss this case, made at any hearing on confirmation will be heard forthwith by the Court without further notice.

IT IS FURTHER ORDERED the hearing on confirmation of the Plan may be continued from time to time by Order made in Open Court without other written notice to any parties-in-interest.

Dated this 1st day of September, 2020.

BY THE COURT:

______________________________
Joseph G. Rosania, Jr.
United States Bankruptcy Judge