# EXHIBIT 9

**Mirage Dental**

**Profit & Loss**

**January 2021 - December 2026**

| Mirage Dental Associates | Annual | Year to Date | 2020 | Forecasted Annual Cash Flow | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EIN 82-0547803 | Jan - Dec 19 | Jan-May 2020 | Annualized | Jan 2021 - Dec. 2021 | Jan 2022 - Dec. 2022 | Jan 2023 - Dec. 2023 | Jan 2024 - Dec. 2024 | Jan 2025 - Dec. 2025 | Jan 2026 - Dec. 2026 |
| Ordinary Income/Expense | | | | | | | | | |
| Total Patient Revenue | 1,900,984 | 566,835 | 1,360,403 | 1,615,836 | 1,737,024 | 1,823,875 | 1,900,984 | 2,425,000 | 2,546,250 |
| Revenues | | | | | | | | | |
| Rental Income | 325,156 | 73,714 | 197,071 | 271,385 | 301,977 | 308,016 | 317,256 | 326,774 | 336,577 |
| Total Revenues | 2,226,140 | 640,548 | 1,557,474 | 1,887,221 | 2,039,001 | 2,131,891 | 2,218,240 | 2,751,774 | 2,882,827 |
| Total Income | 2,226,140 | 640,548 | 1,557,474 | 1,887,221 | 2,039,001 | 2,131,891 | 2,218,240 | 2,751,774 | 2,882,827 |
| Expense | | | | | | | | | |
| Accounting | 13,126 | 488 | 1,170 | 10,000 | 10,250 | 10,506 | 10,769 | 11,038 | 11,314 |
| Advertising and Marketing | 38,255 | 17,283 | 41,480 | 32,517 | 33,330 | 34,163 | 35,017 | 35,892 | 36,790 |
| Auto Expenses | 10,304 | 775 | 1,860 | 8,758 | 8,977 | 9,202 | 9,432 | 9,668 | 9,909 |
| Bank Charges | 1,210 | 389 | 935 | 1,029 | 1,054 | 1,081 | 1,108 | 1,135 | 1,164 |
| Bankruptcy Expenses | 322,466 | 85,250 | 204,600 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Cleaning | 11,110 | 3,689 | 8,854 | 9,444 | 9,680 | 9,922 | 10,170 | 10,424 | 10,685 |
| Client Gifts | 1,962 | 0 | 0 | 1,668 | 1,709 | 1,752 | 1,796 | 1,841 | 1,887 |
| Computer Software Expense | 18,913 | 4,984 | 11,960 | 16,076 | 16,478 | 16,890 | 17,312 | 17,745 | 18,189 |
| Contract Labor | 93,312 | 4,900 | 11,760 | 79,315 | 81,298 | 83,330 | 85,413 | 87,549 | 89,737 |
| Credit Card Discounts | 1,612 | 831 | 1,995 | 1,370 | 1,404 | 1,439 | 1,475 | 1,512 | 1,550 |
| Dental Supplies Expense | | | | | | | | | |
| Dental Lab Expense | 34,991 | 7,738 | 18,572 | 29,742 | 30,486 | 31,248 | 32,029 | 32,830 | 33,650 |
| Dental Supplies Expense - Other | 204,250 | 38,389 | 92,134 | 173,613 | 177,953 | 182,402 | 186,962 | 191,636 | 196,427 |
| Total Dental Supplies Expense | 239,241 | 46,127 | 110,706 | 203,355 | 208,439 | 213,650 | 218,991 | 224,466 | 230,077 |
| Education | 10,349 | 2,415 | 5,796 | 8,797 | 9,017 | 9,242 | 9,473 | 9,710 | 9,953 |
| Employee Gifts and Awards | 284 | 0 | 0 | 241 | 247 | 253 | 260 | 266 | 273 |
| Employee Meals | 604 | 121 | 290 | 514 | 526 | 539 | 553 | 567 | 581 |
| Finance charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance Expense | | | | | | | | | |
| Malpractice | 3,919 | 835 | 2,003 | 3,331 | 3,414 | 3,500 | 3,587 | 3,677 | 3,769 |
| Disability | 19,103 | 8,303 | 19,927 | 16,237 | 16,643 | 17,059 | 17,486 | 17,923 | 18,371 |
| Life | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Workers Compensation | 16,469 | 2,790 | 6,696 | 13,999 | 14,349 | 14,708 | 15,075 | 15,452 | 15,839 |
| Liability | 2,505 | 1,837 | 4,409 | 2,129 | 2,182 | 2,237 | 2,293 | 2,350 | 2,409 |
| Health | 24,408 | 2,259 | 5,423 | 20,747 | 21,266 | 21,797 | 22,342 | 22,901 | 23,473 |
| Insurance Expense - Other | 22,909 | 9,546 | 22,909 | 19,473 | 19,960 | 20,459 | 20,970 | 21,494 | 22,032 |
| Total Insurance Expense | 89,314 | 25,569 | 61,366 | 75,917 | 77,815 | 79,760 | 81,754 | 83,798 | 85,893 |
| Lab Fees | 27,016 | 12,432 | 29,836 | 22,963 | 23,537 | 24,126 | 24,729 | 25,347 | 25,981 |
| Licenses and Dues | 1,221 | 2,160 | 5,183 | 1,038 | 1,064 | 1,090 | 1,118 | 1,146 | 1,174 |
| Office Supplies | 24,024 | 10,673 | 25,616 | 20,420 | 20,931 | 21,454 | 21,991 | 22,540 | 23,104 |
| Parking/Tolls | 230 | 170 | 408 | 196 | 201 | 206 | 211 | 216 | 221 |
| Payroll Expense | | | | | | | | | |
| Payroll Service Fees | 3,826 | 1,612 | 3,868 | 3,252 | 3,334 | 3,417 | 3,502 | 3,590 | 3,680 |
| Wages - Officers | 316,371 | 134,245 | 322,188 | 295,000 | 295,000 | 295,000 | 295,000 | 295,000 | 295,000 |
| Wages - Other | 608,980 | 171,612 | 411,868 | 517,633 | 530,574 | 543,838 | 557,434 | 571,370 | 585,654 |
| Payroll Tax Expense | 62,373 | 25,083 | 60,199 | 53,017 | 54,343 | 55,701 | 57,094 | 58,521 | 59,984 |
| Payroll Expense - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Payroll Expense | 991,550 | 332,551 | 798,123 | 868,903 | 883,250 | 897,956 | 913,030 | 928,481 | 944,318 |
| Postage and Delivery | 250 | 166 | 398 | 212 | 217 | 223 | 228 | 234 | 240 |
| Professional Fees | 0 | 10,960 | 26,303 | 15,000 | 15,375 | 15,759 | 16,153 | 16,557 | 16,971 |
| Property Taxes | 121,226 | 0 | 68,100 | 68,100 | 69,803 | 71,548 | 73,336 | 75,170 | 77,049 |
| Meals and Entertainment | 3,795 | 697 | 1,673 | 3,226 | 3,307 | 3,389 | 3,474 | 3,561 | 3,650 |
| Repairs and Maintenance | | | | | | | | | |
| Equipment | 448 | 633 | 1,519 | 380 | 390 | 400 | 410 | 420 | 430 |
| Building | 48,029 | 10,892 | 26,142 | 32,500 | 33,313 | 34,145 | 34,999 | 35,874 | 36,771 |
| Repairs and Maintenance - Other | 0 | 278 | 666 | 300 | 308 | 315 | 323 | 331 | 339 |
| Total Repairs and Maintenance | 48,477 | 11,803 | 28,328 | 33,180 | 34,010 | 34,860 | 35,732 | 36,625 | 37,541 |

Mirage Dental
Profit & Loss
January 2021 - December 2026

| Mirage Dental Associates | Annual | Year to Date | 2020 | Forecasted Annual Cash Flow | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EIN 82-0547803 | Jan - Dec 19 | Jan-May 2020 | Annualized | Jan 2021 - Dec. 2021 | Jan 2022 - Dec. 2022 | Jan 2023 - Dec. 2023 | Jan 2024 - Dec. 2024 | Jan 2025 - Dec. 2025 | Jan 2026 - Dec. 2026 | |
| Travel Expense | 9,299 | 3,820 | 9,168 | 7,904 | 8,102 | 8,304 | 8,512 | 8,725 | 8,943 | |
| Uniforms/Laundry | 144 | 421 | 1,011 | 122 | 125 | 128 | 131 | 135 | 138 | |
| Utilities | | | | | | | | | | |
| Telephone | 28,333 | 10,364 | 24,873 | 24,083 | 24,685 | 25,302 | 25,935 | 26,583 | 27,248 | |
| Trash | 4,923 | 1,263 | 3,032 | 4,185 | 4,289 | 4,396 | 4,506 | 4,619 | 4,735 | |
| Water | 5,538 | 1,526 | 3,663 | 4,707 | 4,825 | 4,946 | 5,069 | 5,196 | 5,326 | |
| Gas | 7,564 | 3,458 | 8,299 | 6,429 | 6,590 | 6,755 | 6,924 | 7,097 | 7,274 | |
| Electric | 20,733 | 9,243 | 22,183 | 17,623 | 18,063 | 18,515 | 18,978 | 19,452 | 19,939 | |
| Utilities - Other | 9 | 0 | 0 | 7 | 8 | 8 | 8 | 8 | 8 | |
| Total Utilities | 67,099 | 25,854 | 62,049 | 57,035 | 58,460 | 59,922 | 61,420 | 62,955 | 64,529 | |
| Total Expense | 2,146,393 | 604,528 | 1,518,968 | 1,552,299 | 1,583,606 | 1,615,696 | 1,648,589 | 1,682,303 | 1,716,861 | |
| Net Ordinary Income | 79,747 | 36,020 | 38,506 | 334,922 | 455,395 | 516,195 | 569,652 | 1,069,471 | 1,165,966 | |
| Net Income | **79,747** | **36,020** | **38,506** | **334,922** | **455,395** | **516,195** | **569,652** | **1,069,471** | **1,165,966** | |
| | | | | | | | | | | |
| **Debt Service** | | | | | | | | | | |
| LIVE OAK BANK | | | | 66,144 | 66,144 | 132,375 | 132,375 | 346,211 | 593,668 | |
| EVERBANK/GROUP FINANCIAL/TIAA | | | | 30,000 | 42,000 | 54,000 | 105,848 | 105,848 | 0 | |
| ACENTIUM CAPITAL | | | | 6,000 | 6,000 | 6,000 | 39,148 | 39,148 | 0 | |
| BANK OF AMERICA | | | | 42,000 | 54,000 | 66,000 | 78,000 | 90,000 | 102,000 | |
| NAVITAS | | | | 4,512 | 4,512 | 9,036 | 9,036 | 44,736 | 44,736 | |
| Toyota Finanical Services | | | | 9,300 | 9,300 | 9,300 | 9,300 | 9,300 | 9,300 | |
| BANK OF MIDWEST | | | | 756 | 756 | 1,476 | 1,476 | 7,251 | 7,251 | |
| | | | | **158,712** | **182,712** | **278,187** | **375,184** | **642,494** | **756,955** | |
| | | | | | | | | | | |
| **Net Cash Increase for Period Before Creditor Fund Allocation** | | | | **176,210** | **272,683** | **238,008** | **194,468** | **426,976** | **409,011** | |
| | | | | | | | | | | |
| **Class 11 Unsecured Creditors - 50% Allocated to Creditor Fund** | | | | **(88,105)** | **(136,341)** | **(119,004)** | **(97,234)** | **(213,488)** | **(204,506)** | (858,678) |
| | | | | | | | | | | |
| **Net Cash Increase for Period** | | | | **88,105** | **136,341** | **119,004** | **97,234** | **213,488** | **204,506** | |
| | | | | | | | | | | |
| **Beginning Cash Balance** | | | | **38,506** | **126,611** | **262,952** | **381,956** | **479,190** | **692,678** | |
| | | | | | | | | | | |
| **Ending Cash Balance** | | | | **126,611** | **262,952** | **381,956** | **479,190** | **692,678** | **897,183** | |

| Deficiency Claims | |
|---|---|
| Live Oak Bank | $482,741.95 |
| EverBank | $291,272.84 |
| Ascentium | $86,045.00 |
| Bank Midwest | $1,000.00 |
| Navitas | $228,887.58 |
| BFS Capital | $310,010.00 |
| | |
| Total Deficien | $1,399,957.37 |
| Other Unsecured claims | $245,204.21 |
| Total Unsecur | $1,645,161.58 |

**PAYOUT TO UNSECURED CREDITORS IN %**

**-$0.52**

**PAYOUT TO UNSECURED CREDITORS IN $$**

**-855484.0216**