**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MIRAGE DENTAL ASSOCIATES, | ) | Case No. 18-12496-JGR |
| PROFESSIONAL L.L.C. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**SUPPLEMENT TO SIXTH AMENDED CHAPTER 11 PLAN**

MIRAGE DENTAL ASSOCIATES, PROFESSIONAL L.L.C., Debtor-in-Possession herein ("Debtor"), through its undersigned counsel, respectfully submits this Supplement to its Sixth Amended Chapter 11 Plan of Reorganization, and states as follows:

1. On February 10, 2021, the Debtor filed its Sixth Amended Plan in this case. *See Docket No. 369.* The Sixth Amended Plan incorporates the changes to Live Oak Bank's Class 2, 3, and 4, claims as well as increases the distributions to unsecured creditors.

2. The Sixth Amended Plan did not modify any other secured creditors' claims or the amortization schedules from the Corrected Modified 5th Amended Plan. As such, the Debtor elected not to re-attach those amortization schedules in the interest of judicial economy.

3. However, several secured creditors have requested, for purposes of clarity and convenience, that the Debtor supplement its Sixth Amended Plan to incorporate the prior amortization schedules.

4. To satisfy such requests, the Debtor files this Supplement. Attached to this

Supplement are the Amortization schedules for Class 1, 5, 6, 7, and 8, which are Bank of America, Bank Midwest, Ascentium Capital, TIAA and Navitas Lease Corporation, respectfully.

5. Pursuant to Fed.R.Civ.P. 10(c), the Debtor hereby incorporates such amortization schedules into the Sixth Amended Plan.

6. Contemporaneously with the filing of this Supplement, the Debtor has filed a Notice of Amended proposed Confirmation Order which incorporates this Supplement and the Amortization Schedules for the avoidance of any doubt.

7. The Debtor further understands that Live Oak Bank will soon file a withdrawal of its Objection to the Corrected Modified 5th Amended Plan, and tender ballots accepting the Sixth Amended Plan. Upon which, the Court may confirm such Plan.

WHEREFORE, the Debtor respectfully submits this Supplement to its Sixth Amended Plan.

Dated: February 12, 2021.

Respectfully submitted,
BUECHLER LAW OFFICE, LLC

*/s/ K. Jamie Buechler*

K. Jamie Buechler, #30906
999 18th Street, Suite 1230-S
Denver, Colorado 80202
Tel:720-381-0045
Fax: 720-381-0382
Jamie@KJBlawoffice.com
ATTORNEYS FOR THE DEBTOR

## CERTIFICATE OF SERVICE

I certify that on February 12, 2021, I served a complete copy of **SUPPLEMENT TO SIXTH AMENDED CHAPTER 11 PLAN** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via U.S. Mail**:

Mirage Dental Associates, P.L.L.C.
85 Rio Grande Drive
Castle Rock, CO 80104

**Via CM/ECF:**

Peter A. Cal

Matthew T. Faga

Kevin S. Neiman

Michael Heckman

Stephen K. Dexter

Douglas D. Koktavy

Harry L. Simon

Alan K. Motes
US Trustee

*/s/ Sharon E. Fox*

For Buechler Law Office, L.L.C.