# EXHIBIT 1

Nominal Annual Rate: 5.650%

## Cash Flow Data - Loans and Payments

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 01/01/2021 | 607,985.27 | 1 | | |
| 2 | Payment | 01/01/2021 | 3,500.00 | 12 | Monthly | 12/01/2021 |
| 3 | Payment | 01/01/2022 | 4,500.00 | 12 | Monthly | 12/01/2022 |
| 4 | Payment | 01/01/2023 | 5,500.00 | 12 | Monthly | 12/01/2023 |
| 5 | Payment | 01/01/2024 | 6,500.00 | 12 | Monthly | 12/01/2024 |
| 6 | Payment | 01/01/2025 | 7,500.00 | 12 | Monthly | 12/01/2025 |
| 7 | Payment | 01/01/2026 | 8,500.00 | 12 | Monthly | 12/01/2026 |
| 8 | Payment | 01/01/2027 | 9,500.00 | 12 | Monthly | 12/01/2027 |
| 9 | Payment | 01/01/2028 | 10,500.00 | 12 | Monthly | 12/01/2028 |
| 10 | Payment | 01/01/2029 | 11,500.00 | 12 | Monthly | 12/01/2029 |
| 11 | Payment | 01/01/2030 | 4,932.83 | 1 | | |

## TValue Amortization Schedule - Normal, 365 Day Year

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 01/01/2021 | | | | 607,985.27 |
| 1 | 01/01/2021 | 3,500.00 | 0.00 | 3,500.00 | 604,485.27 |
| 2 | 02/01/2021 | 3,500.00 | 2,846.12 | 653.88 | 603,831.39 |
| 3 | 03/01/2021 | 3,500.00 | 2,843.04 | 656.96 | 603,174.43 |
| 4 | 04/01/2021 | 3,500.00 | 2,839.95 | 660.05 | 602,514.38 |
| 5 | 05/01/2021 | 3,500.00 | 2,836.84 | 663.16 | 601,851.22 |
| 6 | 06/01/2021 | 3,500.00 | 2,833.72 | 666.28 | 601,184.94 |
| 7 | 07/01/2021 | 3,500.00 | 2,830.58 | 669.42 | 600,515.52 |
| 8 | 08/01/2021 | 3,500.00 | 2,827.43 | 672.57 | 599,842.95 |
| 9 | 09/01/2021 | 3,500.00 | 2,824.26 | 675.74 | 599,167.21 |
| 10 | 10/01/2021 | 3,500.00 | 2,821.08 | 678.92 | 598,488.29 |
| 11 | 11/01/2021 | 3,500.00 | 2,817.88 | 682.12 | 597,806.17 |
| 12 | 12/01/2021 | 3,500.00 | 2,814.67 | 685.33 | 597,120.84 |
| **2021 Totals** | | **42,000.00** | **31,135.57** | **10,864.43** | |
| 13 | 01/01/2022 | 4,500.00 | 2,811.44 | 1,688.56 | 595,432.28 |
| 14 | 02/01/2022 | 4,500.00 | 2,803.49 | 1,696.51 | 593,735.77 |
| 15 | 03/01/2022 | 4,500.00 | 2,795.51 | 1,704.49 | 592,031.28 |
| 16 | 04/01/2022 | 4,500.00 | 2,787.48 | 1,712.52 | 590,318.76 |
| 17 | 05/01/2022 | 4,500.00 | 2,779.42 | 1,720.58 | 588,598.18 |
| 18 | 06/01/2022 | 4,500.00 | 2,771.32 | 1,728.68 | 586,869.50 |
| 19 | 07/01/2022 | 4,500.00 | 2,763.18 | 1,736.82 | 585,132.68 |
| 20 | 08/01/2022 | 4,500.00 | 2,755.00 | 1,745.00 | 583,387.68 |
| 21 | 09/01/2022 | 4,500.00 | 2,746.78 | 1,753.22 | 581,634.46 |

| | | | | | |
|---|---|---|---|---|---|
| 22 | 10/01/2022 | 4,500.00 | 2,738.53 | 1,761.47 | 579,872.99 |
| 23 | 11/01/2022 | 4,500.00 | 2,730.24 | 1,769.76 | 578,103.23 |
| 24 | 12/01/2022 | 4,500.00 | 2,721.90 | 1,778.10 | 576,325.13 |
| **2022 Totals** | | **54,000.00** | **33,204.29** | **20,795.71** | |
| 25 | 01/01/2023 | 5,500.00 | 2,713.53 | 2,786.47 | 573,538.66 |
| 26 | 02/01/2023 | 5,500.00 | 2,700.41 | 2,799.59 | 570,739.07 |
| 27 | 03/01/2023 | 5,500.00 | 2,687.23 | 2,812.77 | 567,926.30 |
| 28 | 04/01/2023 | 5,500.00 | 2,673.99 | 2,826.01 | 565,100.29 |
| 29 | 05/01/2023 | 5,500.00 | 2,660.68 | 2,839.32 | 562,260.97 |
| 30 | 06/01/2023 | 5,500.00 | 2,647.31 | 2,852.69 | 559,408.28 |
| 31 | 07/01/2023 | 5,500.00 | 2,633.88 | 2,866.12 | 556,542.16 |
| 32 | 08/01/2023 | 5,500.00 | 2,620.39 | 2,879.61 | 553,662.55 |
| 33 | 09/01/2023 | 5,500.00 | 2,606.83 | 2,893.17 | 550,769.38 |
| 34 | 10/01/2023 | 5,500.00 | 2,593.21 | 2,906.79 | 547,862.59 |
| 35 | 11/01/2023 | 5,500.00 | 2,579.52 | 2,920.48 | 544,942.11 |
| 36 | 12/01/2023 | 5,500.00 | 2,565.77 | 2,934.23 | 542,007.88 |
| **2023 Totals** | | **66,000.00** | **31,682.75** | **34,317.25** | |
| 37 | 01/01/2024 | 6,500.00 | 2,551.95 | 3,948.05 | 538,059.83 |
| 38 | 02/01/2024 | 6,500.00 | 2,533.37 | 3,966.63 | 534,093.20 |
| 39 | 03/01/2024 | 6,500.00 | 2,514.69 | 3,985.31 | 530,107.89 |
| 40 | 04/01/2024 | 6,500.00 | 2,495.92 | 4,004.08 | 526,103.81 |
| 41 | 05/01/2024 | 6,500.00 | 2,477.07 | 4,022.93 | 522,080.88 |
| 42 | 06/01/2024 | 6,500.00 | 2,458.13 | 4,041.87 | 518,039.01 |
| 43 | 07/01/2024 | 6,500.00 | 2,439.10 | 4,060.90 | 513,978.11 |
| 44 | 08/01/2024 | 6,500.00 | 2,419.98 | 4,080.02 | 509,898.09 |
| 45 | 09/01/2024 | 6,500.00 | 2,400.77 | 4,099.23 | 505,798.86 |
| 46 | 10/01/2024 | 6,500.00 | 2,381.47 | 4,118.53 | 501,680.33 |
| 47 | 11/01/2024 | 6,500.00 | 2,362.08 | 4,137.92 | 497,542.41 |
| 48 | 12/01/2024 | 6,500.00 | 2,342.60 | 4,157.40 | 493,385.01 |
| **2024 Totals** | | **78,000.00** | **29,377.13** | **48,622.87** | |
| 49 | 01/01/2025 | 7,500.00 | 2,323.02 | 5,176.98 | 488,208.03 |
| 50 | 02/01/2025 | 7,500.00 | 2,298.65 | 5,201.35 | 483,006.68 |
| 51 | 03/01/2025 | 7,500.00 | 2,274.16 | 5,225.84 | 477,780.84 |
| 52 | 04/01/2025 | 7,500.00 | 2,249.55 | 5,250.45 | 472,530.39 |
| 53 | 05/01/2025 | 7,500.00 | 2,224.83 | 5,275.17 | 467,255.22 |
| 54 | 06/01/2025 | 7,500.00 | 2,199.99 | 5,300.01 | 461,955.21 |
| 55 | 07/01/2025 | 7,500.00 | 2,175.04 | 5,324.96 | 456,630.25 |
| 56 | 08/01/2025 | 7,500.00 | 2,149.97 | 5,350.03 | 451,280.22 |
| 57 | 09/01/2025 | 7,500.00 | 2,124.78 | 5,375.22 | 445,905.00 |
| 58 | 10/01/2025 | 7,500.00 | 2,099.47 | 5,400.53 | 440,504.47 |
| 59 | 11/01/2025 | 7,500.00 | 2,074.04 | 5,425.96 | 435,078.51 |
| 60 | 12/01/2025 | 7,500.00 | 2,048.49 | 5,451.51 | 429,627.00 |
| **2025 Totals** | | **90,000.00** | **26,241.99** | **63,758.01** | |
| 61 | 01/01/2026 | 8,500.00 | 2,022.83 | 6,477.17 | 423,149.83 |

| | | | | | |
|---|---|---|---|---|---|
| 62 | 02/01/2026 | 8,500.00 | 1,992.33 | 6,507.67 | 416,642.16 |
| 63 | 03/01/2026 | 8,500.00 | 1,961.69 | 6,538.31 | 410,103.85 |
| 64 | 04/01/2026 | 8,500.00 | 1,930.91 | 6,569.09 | 403,534.76 |
| 65 | 05/01/2026 | 8,500.00 | 1,899.98 | 6,600.02 | 396,934.74 |
| 66 | 06/01/2026 | 8,500.00 | 1,868.90 | 6,631.10 | 390,303.64 |
| 67 | 07/01/2026 | 8,500.00 | 1,837.68 | 6,662.32 | 383,641.32 |
| 68 | 08/01/2026 | 8,500.00 | 1,806.31 | 6,693.69 | 376,947.63 |
| 69 | 09/01/2026 | 8,500.00 | 1,774.80 | 6,725.20 | 370,222.43 |
| 70 | 10/01/2026 | 8,500.00 | 1,743.13 | 6,756.87 | 363,465.56 |
| 71 | 11/01/2026 | 8,500.00 | 1,711.32 | 6,788.68 | 356,676.88 |
| 72 | 12/01/2026 | 8,500.00 | 1,679.35 | 6,820.65 | 349,856.23 |
| **2026 Totals** | | **102,000.00** | **22,229.23** | **79,770.77** | |
| 73 | 01/01/2027 | 9,500.00 | 1,647.24 | 7,852.76 | 342,003.47 |
| 74 | 02/01/2027 | 9,500.00 | 1,610.27 | 7,889.73 | 334,113.74 |
| 75 | 03/01/2027 | 9,500.00 | 1,573.12 | 7,926.88 | 326,186.86 |
| 76 | 04/01/2027 | 9,500.00 | 1,535.80 | 7,964.20 | 318,222.66 |
| 77 | 05/01/2027 | 9,500.00 | 1,498.30 | 8,001.70 | 310,220.96 |
| 78 | 06/01/2027 | 9,500.00 | 1,460.62 | 8,039.38 | 302,181.58 |
| 79 | 07/01/2027 | 9,500.00 | 1,422.77 | 8,077.23 | 294,104.35 |
| 80 | 08/01/2027 | 9,500.00 | 1,384.74 | 8,115.26 | 285,989.09 |
| 81 | 09/01/2027 | 9,500.00 | 1,346.53 | 8,153.47 | 277,835.62 |
| 82 | 10/01/2027 | 9,500.00 | 1,308.14 | 8,191.86 | 269,643.76 |
| 83 | 11/01/2027 | 9,500.00 | 1,269.57 | 8,230.43 | 261,413.33 |
| 84 | 12/01/2027 | 9,500.00 | 1,230.82 | 8,269.18 | 253,144.15 |
| **2027 Totals** | | **114,000.00** | **17,287.92** | **96,712.08** | |
| 85 | 01/01/2028 | 10,500.00 | 1,191.89 | 9,308.11 | 243,836.04 |
| 86 | 02/01/2028 | 10,500.00 | 1,148.06 | 9,351.94 | 234,484.10 |
| 87 | 03/01/2028 | 10,500.00 | 1,104.03 | 9,395.97 | 225,088.13 |
| 88 | 04/01/2028 | 10,500.00 | 1,059.79 | 9,440.21 | 215,647.92 |
| 89 | 05/01/2028 | 10,500.00 | 1,015.34 | 9,484.66 | 206,163.26 |
| 90 | 06/01/2028 | 10,500.00 | 970.69 | 9,529.31 | 196,633.95 |
| 91 | 07/01/2028 | 10,500.00 | 925.82 | 9,574.18 | 187,059.77 |
| 92 | 08/01/2028 | 10,500.00 | 880.74 | 9,619.26 | 177,440.51 |
| 93 | 09/01/2028 | 10,500.00 | 835.45 | 9,664.55 | 167,775.96 |
| 94 | 10/01/2028 | 10,500.00 | 789.95 | 9,710.05 | 158,065.91 |
| 95 | 11/01/2028 | 10,500.00 | 744.23 | 9,755.77 | 148,310.14 |
| 96 | 12/01/2028 | 10,500.00 | 698.29 | 9,801.71 | 138,508.43 |
| **2028 Totals** | | **126,000.00** | **11,364.28** | **114,635.72** | |
| 97 | 01/01/2029 | 11,500.00 | 652.14 | 10,847.86 | 127,660.57 |
| 98 | 02/01/2029 | 11,500.00 | 601.07 | 10,898.93 | 116,761.64 |
| 99 | 03/01/2029 | 11,500.00 | 549.75 | 10,950.25 | 105,811.39 |
| 100 | 04/01/2029 | 11,500.00 | 498.20 | 11,001.80 | 94,809.59 |
| 101 | 05/01/2029 | 11,500.00 | 446.40 | 11,053.60 | 83,755.99 |
| 102 | 06/01/2029 | 11,500.00 | 394.35 | 11,105.65 | 72,650.34 |
| 103 | 07/01/2029 | 11,500.00 | 342.06 | 11,157.94 | 61,492.40 |

| | | | | |
|---|---|---|---|---|
| 104 08/01/2029 | 11,500.00 | 289.53 | 11,210.47 | 50,281.93 |
| 105 09/01/2029 | 11,500.00 | 236.74 | 11,263.26 | 39,018.67 |
| 106 10/01/2029 | 11,500.00 | 183.71 | 11,316.29 | 27,702.38 |
| 107 11/01/2029 | 11,500.00 | 130.43 | 11,369.57 | 16,332.81 |
| 108 12/01/2029 | 11,500.00 | 76.90 | 11,423.10 | 4,909.71 |
| **2029 Totals** | **138,000.00** | **4,401.28** | **133,598.72** | |
| 109 01/01/2030 | 4,932.83 | 23.12 | 4,909.71 | 0.00 |
| **2030 Totals** | **4,932.83** | **23.12** | **4,909.71** | |
| **Grand Totals** | **814,932.83** | **206,947.56** | **607,985.27** | |

| ANNUAL | FINANCE | Amount Financed | Total of Payments |
|---|---|---|---|
| **5.650%** | **$206,947.56** | **$607,985.27** | **$814,932.83** |