# EXHIBIT 5

Nominal Annual Rate: 5.500%

## Cash Flow Data - Loans and Payments

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 01/01/2021 | 15,000.00 | 1 | | |
| 2 | Payment | 01/01/2021 | 63.00 | 24 | Monthly | 12/01/2022 |
| 3 | Payment | 01/01/2023 | 123.00 | 24 | Monthly | 12/01/2024 |
| 4 | Payment | 01/01/2025 | 604.29 | 24 | Monthly | 12/01/2026 |

## TValue Amortization Schedule - Normal, 365 Day Year

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 01/01/2021 | | | | 15,000.00 |
| 1 | 01/01/2021 | 63.00 | 0.00 | 63.00 | 14,937.00 |
| 2 | 02/01/2021 | 63.00 | 68.46 | -5.46 | 14,942.46 |
| 3 | 03/01/2021 | 63.00 | 68.49 | -5.49 | 14,947.95 |
| 4 | 04/01/2021 | 63.00 | 68.51 | -5.51 | 14,953.46 |
| 5 | 05/01/2021 | 63.00 | 68.54 | -5.54 | 14,959.00 |
| 6 | 06/01/2021 | 63.00 | 68.56 | -5.56 | 14,964.56 |
| 7 | 07/01/2021 | 63.00 | 68.59 | -5.59 | 14,970.15 |
| 8 | 08/01/2021 | 63.00 | 68.61 | -5.61 | 14,975.76 |
| 9 | 09/01/2021 | 63.00 | 68.64 | -5.64 | 14,981.40 |
| 10 | 10/01/2021 | 63.00 | 68.66 | -5.66 | 14,987.06 |
| 11 | 11/01/2021 | 63.00 | 68.69 | -5.69 | 14,992.75 |
| 12 | 12/01/2021 | 63.00 | 68.72 | -5.72 | 14,998.47 |
| **2021 Totals** | | **756.00** | **754.47** | **1.53** | |
| 13 | 01/01/2022 | 63.00 | 68.74 | -5.74 | 15,004.21 |
| 14 | 02/01/2022 | 63.00 | 68.77 | -5.77 | 15,009.98 |
| 15 | 03/01/2022 | 63.00 | 68.80 | -5.80 | 15,015.78 |
| 16 | 04/01/2022 | 63.00 | 68.82 | -5.82 | 15,021.60 |
| 17 | 05/01/2022 | 63.00 | 68.85 | -5.85 | 15,027.45 |
| 18 | 06/01/2022 | 63.00 | 68.88 | -5.88 | 15,033.33 |
| 19 | 07/01/2022 | 63.00 | 68.90 | -5.90 | 15,039.23 |
| 20 | 08/01/2022 | 63.00 | 68.93 | -5.93 | 15,045.16 |
| 21 | 09/01/2022 | 63.00 | 68.96 | -5.96 | 15,051.12 |
| 22 | 10/01/2022 | 63.00 | 68.98 | -5.98 | 15,057.10 |
| 23 | 11/01/2022 | 63.00 | 69.01 | -6.01 | 15,063.11 |
| 24 | 12/01/2022 | 63.00 | 69.04 | -6.04 | 15,069.15 |
| **2022 Totals** | | **756.00** | **826.68** | **-70.68** | |
| 25 | 01/01/2023 | 123.00 | 69.07 | 53.93 | 15,015.22 |
| 26 | 02/01/2023 | 123.00 | 68.82 | 54.18 | 14,961.04 |
| 27 | 03/01/2023 | 123.00 | 68.57 | 54.43 | 14,906.61 |
| 28 | 04/01/2023 | 123.00 | 68.32 | 54.68 | 14,851.93 |

| | | | | |
|---|---|---|---|---|
| 29 05/01/2023 | 123.00 | 68.07 | 54.93 | 14,797.00 |
| 30 06/01/2023 | 123.00 | 67.82 | 55.18 | 14,741.82 |
| 31 07/01/2023 | 123.00 | 67.57 | 55.43 | 14,686.39 |
| 32 08/01/2023 | 123.00 | 67.31 | 55.69 | 14,630.70 |
| 33 09/01/2023 | 123.00 | 67.06 | 55.94 | 14,574.76 |
| 34 10/01/2023 | 123.00 | 66.80 | 56.20 | 14,518.56 |
| 35 11/01/2023 | 123.00 | 66.54 | 56.46 | 14,462.10 |
| 36 12/01/2023 | 123.00 | 66.28 | 56.72 | 14,405.38 |
| **2023 Totals** | **1,476.00** | **812.23** | **663.77** | |
| 37 01/01/2024 | 123.00 | 66.02 | 56.98 | 14,348.40 |
| 38 02/01/2024 | 123.00 | 65.76 | 57.24 | 14,291.16 |
| 39 03/01/2024 | 123.00 | 65.50 | 57.50 | 14,233.66 |
| 40 04/01/2024 | 123.00 | 65.24 | 57.76 | 14,175.90 |
| 41 05/01/2024 | 123.00 | 64.97 | 58.03 | 14,117.87 |
| 42 06/01/2024 | 123.00 | 64.71 | 58.29 | 14,059.58 |
| 43 07/01/2024 | 123.00 | 64.44 | 58.56 | 14,001.02 |
| 44 08/01/2024 | 123.00 | 64.17 | 58.83 | 13,942.19 |
| 45 09/01/2024 | 123.00 | 63.90 | 59.10 | 13,883.09 |
| 46 10/01/2024 | 123.00 | 63.63 | 59.37 | 13,823.72 |
| 47 11/01/2024 | 123.00 | 63.36 | 59.64 | 13,764.08 |
| 48 12/01/2024 | 123.00 | 63.09 | 59.91 | 13,704.17 |
| **2024 Totals** | **1,476.00** | **774.79** | **701.21** | |
| 49 01/01/2025 | 604.29 | 62.81 | 541.48 | 13,162.69 |
| 50 02/01/2025 | 604.29 | 60.33 | 543.96 | 12,618.73 |
| 51 03/01/2025 | 604.29 | 57.84 | 546.45 | 12,072.28 |
| 52 04/01/2025 | 604.29 | 55.33 | 548.96 | 11,523.32 |
| 53 05/01/2025 | 604.29 | 52.82 | 551.47 | 10,971.85 |
| 54 06/01/2025 | 604.29 | 50.29 | 554.00 | 10,417.85 |
| 55 07/01/2025 | 604.29 | 47.75 | 556.54 | 9,861.31 |
| 56 08/01/2025 | 604.29 | 45.20 | 559.09 | 9,302.22 |
| 57 09/01/2025 | 604.29 | 42.64 | 561.65 | 8,740.57 |
| 58 10/01/2025 | 604.29 | 40.06 | 564.23 | 8,176.34 |
| 59 11/01/2025 | 604.29 | 37.47 | 566.82 | 7,609.52 |
| 60 12/01/2025 | 604.29 | 34.88 | 569.41 | 7,040.11 |
| **2025 Totals** | **7,251.48** | **587.42** | **6,664.06** | |
| 61 01/01/2026 | 604.29 | 32.27 | 572.02 | 6,468.09 |
| 62 02/01/2026 | 604.29 | 29.65 | 574.64 | 5,893.45 |
| 63 03/01/2026 | 604.29 | 27.01 | 577.28 | 5,316.17 |
| 64 04/01/2026 | 604.29 | 24.37 | 579.92 | 4,736.25 |
| 65 05/01/2026 | 604.29 | 21.71 | 582.58 | 4,153.67 |
| 66 06/01/2026 | 604.29 | 19.04 | 585.25 | 3,568.42 |
| 67 07/01/2026 | 604.29 | 16.36 | 587.93 | 2,980.49 |
| 68 08/01/2026 | 604.29 | 13.66 | 590.63 | 2,389.86 |
| 69 09/01/2026 | 604.29 | 10.95 | 593.34 | 1,796.52 |

| | | | | | |
|---|---|---|---|---|---|
| 70 | 10/01/2026 | 604.29 | 8.23 | 596.06 | 1,200.46 |
| 71 | 11/01/2026 | 604.29 | 5.50 | 598.79 | 601.67 |
| 72 | 12/01/2026 | 604.29 | 2.62 | 601.67 | 0.00 |
| **2026 Totals** | | **7,251.48** | **211.37** | **7,040.11** | |
| **Grand Totals** | | **18,966.96** | **3,966.96** | **15,000.00** | |

**Last interest amount decreased by 0.14 due to rounding.**

| ANNUAL | FINANCE | Amount Financed | Total of Payments |
|---|---|---|---|
| 5.500% | $3,966.96 | $15,000.00 | $18,966.96 |