# EXHIBIT 6

Nominal Annual Rate: 3.250%

**Cash Flow Data - Loans and Payments**

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 01/01/2021 | 86,044.00 | 1 | | |
| 2 | Payment | 01/01/2021 | 500.00 | 36 | Monthly | 12/01/2023 |
| 3 | Payment | 01/01/2024 | 3,262.37 | 24 | Monthly | 12/01/2025 |

**TValue Amortization Schedule - Normal, 365 Day Year**

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 01/01/2021 | | | | 86,044.00 |
| 1 | 01/01/2021 | 500.00 | 0.00 | 500.00 | 85,544.00 |
| 2 | 02/01/2021 | 500.00 | 231.68 | 268.32 | 85,275.68 |
| 3 | 03/01/2021 | 500.00 | 230.95 | 269.05 | 85,006.63 |
| 4 | 04/01/2021 | 500.00 | 230.23 | 269.77 | 84,736.86 |
| 5 | 05/01/2021 | 500.00 | 229.50 | 270.50 | 84,466.36 |
| 6 | 06/01/2021 | 500.00 | 228.76 | 271.24 | 84,195.12 |
| 7 | 07/01/2021 | 500.00 | 228.03 | 271.97 | 83,923.15 |
| 8 | 08/01/2021 | 500.00 | 227.29 | 272.71 | 83,650.44 |
| 9 | 09/01/2021 | 500.00 | 226.55 | 273.45 | 83,376.99 |
| 10 | 10/01/2021 | 500.00 | 225.81 | 274.19 | 83,102.80 |
| 11 | 11/01/2021 | 500.00 | 225.07 | 274.93 | 82,827.87 |
| 12 | 12/01/2021 | 500.00 | 224.33 | 275.67 | 82,552.20 |
| **2021 Totals** | | **6,000.00** | **2,508.20** | **3,491.80** | |
| 13 | 01/01/2022 | 500.00 | 223.58 | 276.42 | 82,275.78 |
| 14 | 02/01/2022 | 500.00 | 222.83 | 277.17 | 81,998.61 |
| 15 | 03/01/2022 | 500.00 | 222.08 | 277.92 | 81,720.69 |
| 16 | 04/01/2022 | 500.00 | 221.33 | 278.67 | 81,442.02 |
| 17 | 05/01/2022 | 500.00 | 220.57 | 279.43 | 81,162.59 |
| 18 | 06/01/2022 | 500.00 | 219.82 | 280.18 | 80,882.41 |
| 19 | 07/01/2022 | 500.00 | 219.06 | 280.94 | 80,601.47 |
| 20 | 08/01/2022 | 500.00 | 218.30 | 281.70 | 80,319.77 |
| 21 | 09/01/2022 | 500.00 | 217.53 | 282.47 | 80,037.30 |
| 22 | 10/01/2022 | 500.00 | 216.77 | 283.23 | 79,754.07 |
| 23 | 11/01/2022 | 500.00 | 216.00 | 284.00 | 79,470.07 |
| 24 | 12/01/2022 | 500.00 | 215.23 | 284.77 | 79,185.30 |
| **2022 Totals** | | **6,000.00** | **2,633.10** | **3,366.90** | |
| 25 | 01/01/2023 | 500.00 | 214.46 | 285.54 | 78,899.76 |
| 26 | 02/01/2023 | 500.00 | 213.69 | 286.31 | 78,613.45 |
| 27 | 03/01/2023 | 500.00 | 212.91 | 287.09 | 78,326.36 |
| 28 | 04/01/2023 | 500.00 | 212.13 | 287.87 | 78,038.49 |

| | | | | |
|---|---|---|---|---|
| 29 05/01/2023 | 500.00 | 211.35 | 288.65 | 77,749.84 |
| 30 06/01/2023 | 500.00 | 210.57 | 289.43 | 77,460.41 |
| 31 07/01/2023 | 500.00 | 209.79 | 290.21 | 77,170.20 |
| 32 08/01/2023 | 500.00 | 209.00 | 291.00 | 76,879.20 |
| 33 09/01/2023 | 500.00 | 208.21 | 291.79 | 76,587.41 |
| 34 10/01/2023 | 500.00 | 207.42 | 292.58 | 76,294.83 |
| 35 11/01/2023 | 500.00 | 206.63 | 293.37 | 76,001.46 |
| 36 12/01/2023 | 500.00 | 205.84 | 294.16 | 75,707.30 |
| **2023 Totals** | **6,000.00** | **2,522.00** | **3,478.00** | |
| 37 01/01/2024 | 3,262.37 | 205.04 | 3,057.33 | 72,649.97 |
| 38 02/01/2024 | 3,262.37 | 196.76 | 3,065.61 | 69,584.36 |
| 39 03/01/2024 | 3,262.37 | 188.46 | 3,073.91 | 66,510.45 |
| 40 04/01/2024 | 3,262.37 | 180.13 | 3,082.24 | 63,428.21 |
| 41 05/01/2024 | 3,262.37 | 171.78 | 3,090.59 | 60,337.62 |
| 42 06/01/2024 | 3,262.37 | 163.41 | 3,098.96 | 57,238.66 |
| 43 07/01/2024 | 3,262.37 | 155.02 | 3,107.35 | 54,131.31 |
| 44 08/01/2024 | 3,262.37 | 146.61 | 3,115.76 | 51,015.55 |
| 45 09/01/2024 | 3,262.37 | 138.17 | 3,124.20 | 47,891.35 |
| 46 10/01/2024 | 3,262.37 | 129.71 | 3,132.66 | 44,758.69 |
| 47 11/01/2024 | 3,262.37 | 121.22 | 3,141.15 | 41,617.54 |
| 48 12/01/2024 | 3,262.37 | 112.71 | 3,149.66 | 38,467.88 |
| **2024 Totals** | **39,148.44** | **1,909.02** | **37,239.42** | |
| 49 01/01/2025 | 3,262.37 | 104.18 | 3,158.19 | 35,309.69 |
| 50 02/01/2025 | 3,262.37 | 95.63 | 3,166.74 | 32,142.95 |
| 51 03/01/2025 | 3,262.37 | 87.05 | 3,175.32 | 28,967.63 |
| 52 04/01/2025 | 3,262.37 | 78.45 | 3,183.92 | 25,783.71 |
| 53 05/01/2025 | 3,262.37 | 69.83 | 3,192.54 | 22,591.17 |
| 54 06/01/2025 | 3,262.37 | 61.18 | 3,201.19 | 19,389.98 |
| 55 07/01/2025 | 3,262.37 | 52.51 | 3,209.86 | 16,180.12 |
| 56 08/01/2025 | 3,262.37 | 43.82 | 3,218.55 | 12,961.57 |
| 57 09/01/2025 | 3,262.37 | 35.10 | 3,227.27 | 9,734.30 |
| 58 10/01/2025 | 3,262.37 | 26.36 | 3,236.01 | 6,498.29 |
| 59 11/01/2025 | 3,262.37 | 17.60 | 3,244.77 | 3,253.52 |
| 60 12/01/2025 | 3,262.37 | 8.85 | 3,253.52 | 0.00 |
| **2025 Totals** | **39,148.44** | **680.56** | **38,467.88** | |
| **Grand Totals** | **96,296.88** | **10,252.88** | **86,044.00** | |

**Last interest amount increased by 0.04 due to rounding.**

| ANNUAL | FINANCE | Amount Financed | Total of Payments |
|---|---|---|---|
| 3.250% | $10,252.88 | $86,044.00 | $96,296.88 |