# EXHIBIT 7

Nominal Annual Rate: 5.500%

## Cash Flow Data - Loans and Payments

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 01/01/2021 | 285,675.00 | 1 | | |
| 2 | Payment | 01/01/2021 | 2,500.00 | 12 | Monthly | 12/01/2021 |
| 3 | Payment | 01/01/2022 | 3,500.00 | 12 | Monthly | 12/01/2022 |
| 4 | Payment | 01/01/2023 | 4,500.00 | 12 | Monthly | 12/01/2023 |
| 5 | Payment | 01/01/2024 | 8,820.69 | 24 | Monthly | 12/01/2025 |

## TValue Amortization Schedule - Normal, 365 Day Year

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 01/01/2021 | | | | 285,675.00 |
| 1 | 01/01/2021 | 2,500.00 | 0.00 | 2,500.00 | 283,175.00 |
| 2 | 02/01/2021 | 2,500.00 | 1,297.89 | 1,202.11 | 281,972.89 |
| 3 | 03/01/2021 | 2,500.00 | 1,292.38 | 1,207.62 | 280,765.27 |
| 4 | 04/01/2021 | 2,500.00 | 1,286.84 | 1,213.16 | 279,552.11 |
| 5 | 05/01/2021 | 2,500.00 | 1,281.28 | 1,218.72 | 278,333.39 |
| 6 | 06/01/2021 | 2,500.00 | 1,275.69 | 1,224.31 | 277,109.08 |
| 7 | 07/01/2021 | 2,500.00 | 1,270.08 | 1,229.92 | 275,879.16 |
| 8 | 08/01/2021 | 2,500.00 | 1,264.45 | 1,235.55 | 274,643.61 |
| 9 | 09/01/2021 | 2,500.00 | 1,258.78 | 1,241.22 | 273,402.39 |
| 10 | 10/01/2021 | 2,500.00 | 1,253.09 | 1,246.91 | 272,155.48 |
| 11 | 11/01/2021 | 2,500.00 | 1,247.38 | 1,252.62 | 270,902.86 |
| 12 | 12/01/2021 | 2,500.00 | 1,241.64 | 1,258.36 | 269,644.50 |
| **2021 Totals** | | **30,000.00** | **13,969.50** | **16,030.50** | |
| 13 | 01/01/2022 | 3,500.00 | 1,235.87 | 2,264.13 | 267,380.37 |
| 14 | 02/01/2022 | 3,500.00 | 1,225.49 | 2,274.51 | 265,105.86 |
| 15 | 03/01/2022 | 3,500.00 | 1,215.07 | 2,284.93 | 262,820.93 |
| 16 | 04/01/2022 | 3,500.00 | 1,204.60 | 2,295.40 | 260,525.53 |
| 17 | 05/01/2022 | 3,500.00 | 1,194.08 | 2,305.92 | 258,219.61 |
| 18 | 06/01/2022 | 3,500.00 | 1,183.51 | 2,316.49 | 255,903.12 |
| 19 | 07/01/2022 | 3,500.00 | 1,172.89 | 2,327.11 | 253,576.01 |
| 20 | 08/01/2022 | 3,500.00 | 1,162.22 | 2,337.78 | 251,238.23 |
| 21 | 09/01/2022 | 3,500.00 | 1,151.51 | 2,348.49 | 248,889.74 |

| | | | | |
|---|---|---|---|---|
| 22 10/01/2022 | 3,500.00 | 1,140.74 | 2,359.26 | 246,530.48 |
| 23 11/01/2022 | 3,500.00 | 1,129.93 | 2,370.07 | 244,160.41 |
| 24 12/01/2022 | 3,500.00 | 1,119.07 | 2,380.93 | 241,779.48 |
| **2022 Totals** | **42,000.00** | **14,134.98** | **27,865.02** | |
| 25 01/01/2023 | 4,500.00 | 1,108.16 | 3,391.84 | 238,387.64 |
| 26 02/01/2023 | 4,500.00 | 1,092.61 | 3,407.39 | 234,980.25 |
| 27 03/01/2023 | 4,500.00 | 1,076.99 | 3,423.01 | 231,557.24 |
| 28 04/01/2023 | 4,500.00 | 1,061.30 | 3,438.70 | 228,118.54 |
| 29 05/01/2023 | 4,500.00 | 1,045.54 | 3,454.46 | 224,664.08 |
| 30 06/01/2023 | 4,500.00 | 1,029.71 | 3,470.29 | 221,193.79 |
| 31 07/01/2023 | 4,500.00 | 1,013.80 | 3,486.20 | 217,707.59 |
| 32 08/01/2023 | 4,500.00 | 997.83 | 3,502.17 | 214,205.42 |
| 33 09/01/2023 | 4,500.00 | 981.77 | 3,518.23 | 210,687.19 |
| 34 10/01/2023 | 4,500.00 | 965.65 | 3,534.35 | 207,152.84 |
| 35 11/01/2023 | 4,500.00 | 949.45 | 3,550.55 | 203,602.29 |
| 36 12/01/2023 | 4,500.00 | 933.18 | 3,566.82 | 200,035.47 |
| **2023 Totals** | **54,000.00** | **12,255.99** | **41,744.01** | |
| 37 01/01/2024 | 8,820.69 | 916.83 | 7,903.86 | 192,131.61 |
| 38 02/01/2024 | 8,820.69 | 880.60 | 7,940.09 | 184,191.52 |
| 39 03/01/2024 | 8,820.69 | 844.21 | 7,976.48 | 176,215.04 |
| 40 04/01/2024 | 8,820.69 | 807.65 | 8,013.04 | 168,202.00 |
| 41 05/01/2024 | 8,820.69 | 770.93 | 8,049.76 | 160,152.24 |
| 42 06/01/2024 | 8,820.69 | 734.03 | 8,086.66 | 152,065.58 |
| 43 07/01/2024 | 8,820.69 | 696.97 | 8,123.72 | 143,941.86 |
| 44 08/01/2024 | 8,820.69 | 659.73 | 8,160.96 | 135,780.90 |
| 45 09/01/2024 | 8,820.69 | 622.33 | 8,198.36 | 127,582.54 |
| 46 10/01/2024 | 8,820.69 | 584.75 | 8,235.94 | 119,346.60 |
| 47 11/01/2024 | 8,820.69 | 547.01 | 8,273.68 | 111,072.92 |
| 48 12/01/2024 | 8,820.69 | 509.08 | 8,311.61 | 102,761.31 |
| **2024 Totals** | **105,848.28** | **8,574.12** | **97,274.16** | |
| 49 01/01/2025 | 8,820.69 | 470.99 | 8,349.70 | 94,411.61 |
| 50 02/01/2025 | 8,820.69 | 432.72 | 8,387.97 | 86,023.64 |
| 51 03/01/2025 | 8,820.69 | 394.28 | 8,426.41 | 77,597.23 |
| 52 04/01/2025 | 8,820.69 | 355.65 | 8,465.04 | 69,132.19 |
| 53 05/01/2025 | 8,820.69 | 316.86 | 8,503.83 | 60,628.36 |
| 54 06/01/2025 | 8,820.69 | 277.88 | 8,542.81 | 52,085.55 |
| 55 07/01/2025 | 8,820.69 | 238.73 | 8,581.96 | 43,503.59 |
| 56 08/01/2025 | 8,820.69 | 199.39 | 8,621.30 | 34,882.29 |
| 57 09/01/2025 | 8,820.69 | 159.88 | 8,660.81 | 26,221.48 |

| | | | | |
|---|---|---|---|---|
| 58 10/01/2025 | 8,820.69 | 120.18 | 8,700.51 | 17,520.97 |
| 59 11/01/2025 | 8,820.69 | 80.30 | 8,740.39 | 8,780.58 |
| 60 12/01/2025 | 8,820.69 | 40.11 | 8,780.58 | 0.00 |
| **2025 Totals** | **105,848.28** | **3,086.97** | **102,761.31** | |
| **Grand Totals** | **337,696.56** | **52,021.56** | **285,675.00** | |

**Last interest amount decreased by 0.13 due to rounding.**

| ANNUAL | FINANCE | Amount Financed | Total of Payments |
|---|---|---|---|
| 5.500% | $52,021.56 | $285,675.00 | $337,696.56 |