# EXHIBIT 8

Nominal Annual Rate: 5.500%

## Cash Flow Data - Loans and Payments

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 01/01/2021 | 92,130.00 | 1 | | |
| 2 | Payment | 01/01/2021 | 376.00 | 24 | Monthly | 12/01/2022 |
| 3 | Payment | 01/01/2023 | 753.00 | 24 | Monthly | 12/01/2024 |
| 4 | Payment | 01/01/2025 | 3,727.96 | 24 | Monthly | 12/01/2026 |

## TValue Amortization Schedule - Normal, 365 Day Year

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 01/01/2021 | | | | 92,130.00 |
| 1 | 01/01/2021 | 376.00 | 0.00 | 376.00 | 91,754.00 |
| 2 | 02/01/2021 | 376.00 | 420.54 | -44.54 | 91,798.54 |
| 3 | 03/01/2021 | 376.00 | 420.74 | -44.74 | 91,843.28 |
| 4 | 04/01/2021 | 376.00 | 420.95 | -44.95 | 91,888.23 |
| 5 | 05/01/2021 | 376.00 | 421.15 | -45.15 | 91,933.38 |
| 6 | 06/01/2021 | 376.00 | 421.36 | -45.36 | 91,978.74 |
| 7 | 07/01/2021 | 376.00 | 421.57 | -45.57 | 92,024.31 |
| 8 | 08/01/2021 | 376.00 | 421.78 | -45.78 | 92,070.09 |
| 9 | 09/01/2021 | 376.00 | 421.99 | -45.99 | 92,116.08 |
| 10 | 10/01/2021 | 376.00 | 422.20 | -46.20 | 92,162.28 |
| 11 | 11/01/2021 | 376.00 | 422.41 | -46.41 | 92,208.69 |
| 12 | 12/01/2021 | 376.00 | 422.62 | -46.62 | 92,255.31 |
| **2021 Totals** | | **4,512.00** | **4,637.31** | **-125.31** | |
| 13 | 01/01/2022 | 376.00 | 422.84 | -46.84 | 92,302.15 |
| 14 | 02/01/2022 | 376.00 | 423.05 | -47.05 | 92,349.20 |
| 15 | 03/01/2022 | 376.00 | 423.27 | -47.27 | 92,396.47 |
| 16 | 04/01/2022 | 376.00 | 423.48 | -47.48 | 92,443.95 |
| 17 | 05/01/2022 | 376.00 | 423.70 | -47.70 | 92,491.65 |
| 18 | 06/01/2022 | 376.00 | 423.92 | -47.92 | 92,539.57 |
| 19 | 07/01/2022 | 376.00 | 424.14 | -48.14 | 92,587.71 |
| 20 | 08/01/2022 | 376.00 | 424.36 | -48.36 | 92,636.07 |
| 21 | 09/01/2022 | 376.00 | 424.58 | -48.58 | 92,684.65 |
| 22 | 10/01/2022 | 376.00 | 424.80 | -48.80 | 92,733.45 |
| 23 | 11/01/2022 | 376.00 | 425.03 | -49.03 | 92,782.48 |
| 24 | 12/01/2022 | 376.00 | 425.25 | -49.25 | 92,831.73 |
| **2022 Totals** | | **4,512.00** | **5,088.42** | **-576.42** | |
| 25 | 01/01/2023 | 753.00 | 425.48 | 327.52 | 92,504.21 |
| 26 | 02/01/2023 | 753.00 | 423.98 | 329.02 | 92,175.19 |
| 27 | 03/01/2023 | 753.00 | 422.47 | 330.53 | 91,844.66 |
| 28 | 04/01/2023 | 753.00 | 420.95 | 332.05 | 91,512.61 |

| | | | | |
|---|---|---|---|---|
| 29 05/01/2023 | 753.00 | 419.43 | 333.57 | 91,179.04 |
| 30 06/01/2023 | 753.00 | 417.90 | 335.10 | 90,843.94 |
| 31 07/01/2023 | 753.00 | 416.37 | 336.63 | 90,507.31 |
| 32 08/01/2023 | 753.00 | 414.83 | 338.17 | 90,169.14 |
| 33 09/01/2023 | 753.00 | 413.28 | 339.72 | 89,829.42 |
| 34 10/01/2023 | 753.00 | 411.72 | 341.28 | 89,488.14 |
| 35 11/01/2023 | 753.00 | 410.15 | 342.85 | 89,145.29 |
| 36 12/01/2023 | 753.00 | 408.58 | 344.42 | 88,800.87 |
| **2023 Totals** | **9,036.00** | **5,005.14** | **4,030.86** | |
| 37 01/01/2024 | 753.00 | 407.00 | 346.00 | 88,454.87 |
| 38 02/01/2024 | 753.00 | 405.42 | 347.58 | 88,107.29 |
| 39 03/01/2024 | 753.00 | 403.83 | 349.17 | 87,758.12 |
| 40 04/01/2024 | 753.00 | 402.22 | 350.78 | 87,407.34 |
| 41 05/01/2024 | 753.00 | 400.62 | 352.38 | 87,054.96 |
| 42 06/01/2024 | 753.00 | 399.00 | 354.00 | 86,700.96 |
| 43 07/01/2024 | 753.00 | 397.38 | 355.62 | 86,345.34 |
| 44 08/01/2024 | 753.00 | 395.75 | 357.25 | 85,988.09 |
| 45 09/01/2024 | 753.00 | 394.11 | 358.89 | 85,629.20 |
| 46 10/01/2024 | 753.00 | 392.47 | 360.53 | 85,268.67 |
| 47 11/01/2024 | 753.00 | 390.81 | 362.19 | 84,906.48 |
| 48 12/01/2024 | 753.00 | 389.15 | 363.85 | 84,542.63 |
| **2024 Totals** | **9,036.00** | **4,777.76** | **4,258.24** | |
| 49 01/01/2025 | 3,727.96 | 387.49 | 3,340.47 | 81,202.16 |
| 50 02/01/2025 | 3,727.96 | 372.18 | 3,355.78 | 77,846.38 |
| 51 03/01/2025 | 3,727.96 | 356.80 | 3,371.16 | 74,475.22 |
| 52 04/01/2025 | 3,727.96 | 341.34 | 3,386.62 | 71,088.60 |
| 53 05/01/2025 | 3,727.96 | 325.82 | 3,402.14 | 67,686.46 |
| 54 06/01/2025 | 3,727.96 | 310.23 | 3,417.73 | 64,268.73 |
| 55 07/01/2025 | 3,727.96 | 294.57 | 3,433.39 | 60,835.34 |
| 56 08/01/2025 | 3,727.96 | 278.83 | 3,449.13 | 57,386.21 |
| 57 09/01/2025 | 3,727.96 | 263.02 | 3,464.94 | 53,921.27 |
| 58 10/01/2025 | 3,727.96 | 247.14 | 3,480.82 | 50,440.45 |
| 59 11/01/2025 | 3,727.96 | 231.19 | 3,496.77 | 46,943.68 |
| 60 12/01/2025 | 3,727.96 | 215.16 | 3,512.80 | 43,430.88 |
| **2025 Totals** | **44,735.52** | **3,623.77** | **41,111.75** | |
| 61 01/01/2026 | 3,727.96 | 199.06 | 3,528.90 | 39,901.98 |
| 62 02/01/2026 | 3,727.96 | 182.88 | 3,545.08 | 36,356.90 |
| 63 03/01/2026 | 3,727.96 | 166.64 | 3,561.32 | 32,795.58 |
| 64 04/01/2026 | 3,727.96 | 150.31 | 3,577.65 | 29,217.93 |
| 65 05/01/2026 | 3,727.96 | 133.92 | 3,594.04 | 25,623.89 |
| 66 06/01/2026 | 3,727.96 | 117.44 | 3,610.52 | 22,013.37 |
| 67 07/01/2026 | 3,727.96 | 100.89 | 3,627.07 | 18,386.30 |
| 68 08/01/2026 | 3,727.96 | 84.27 | 3,643.69 | 14,742.61 |
| 69 09/01/2026 | 3,727.96 | 67.57 | 3,660.39 | 11,082.22 |

| | | | | | |
|---|---|---|---|---|---|
| 70 | 10/01/2026 | 3,727.96 | 50.79 | 3,677.17 | 7,405.05 |
| 71 | 11/01/2026 | 3,727.96 | 33.94 | 3,694.02 | 3,711.03 |
| 72 | 12/01/2026 | 3,727.96 | 16.93 | 3,711.03 | 0.00 |
| **2026 Totals** | | **44,735.52** | **1,304.64** | **43,430.88** | |
| **Grand Totals** | | **116,567.04** | **24,437.04** | **92,130.00** | |

**Last interest amount decreased by 0.08 due to rounding.**

| ANNUAL | FINANCE | Amount Financed | Total of Payments |
|---|---|---|---|
| 5.500% | $24,437.04 | $92,130.00 | $116,567.04 |