**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>**MIRAGE DENTAL ASSOCIATES PROFESSIONAL L.L.C.**,<br><br>Debtor. | Bankruptcy Case No. **118-12496 JGR**<br><br>Chapter 11 |

**FINAL DECREE**
**(Chapter 11 Business Debtor)**

The estate of the above-named debtor having been fully administered, it is

ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

DATED ______________

BY THE COURT:

___________________________________
United States Bankruptcy Judge